

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER DENYING MOTION FOR RECONSIDERATION EN BANC

Appellate case name:        Terry Wayne King II v. The State of Texas

Appellate case number:    01-19-00793-CR

Trial court case number:  1588183R

Trial court:                       371st District Court of Tarrant County

       The State's Motion for Reconsideration En Banc is **denied**.

       It is so ORDERED.


Judge's signature: <u>Richard Hightower</u>
                        Acting for the En Banc Court


Date: <u>June 9, 2022</u>

The En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.